■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICKEY LASSIC, Appellant. [934 NYS2d 844]—

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt of two counts of robbery in the second degree (*see* Penal Law § 20.00; *People v Carr-El*, 287 AD2d 731, 733 [2001], *affd* 99 NY2d 546 [2002]) and conspiracy in the fourth degree (*see People v Ackies*, 79 AD3d 1050, 1056 [2010]) beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Skelos, J.P., Dickerson, Hall and Miller, JJ., concur.